

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00311-CV

**IN THE INTEREST OF T.A.G., J.I.R.G., C.M.R.A., AND G.A. JR., MINOR CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01608
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights that is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The appellant's brief was originally due on September 27, 2021 and was not filed. We **ORDER** appellant's appellate attorney, Ms. Maria Garza, to file appellant's brief or a motion for extension of time **by October 4, 2021**. If the brief or motion for extension of time is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Garza for failing to timely file appellant's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court